UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY BEADLE,<br><br>        Plaintiff,<br><br>v.<br><br>EDWARD BORLA, et al.,<br><br>        Defendants. | Case No. 25-cv-08366-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

      **IT IS SO ORDERED.**

Dated: December 4, 2025

_____
VINCE CHHABRIA
United States District Judge